# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

David Grossman

v.  Case Number: 4:19–cv–02318

RCI Hospitality Holdings, Inc., et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**PLACE:**
Courtroom 600 in Houston
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 1/22/2020

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   October 23, 2019                                                David J. Bradley, Clerk